| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Trenga, Anthony J. | 2. Court or Organization<br><br>U.S. District Court, ED VA | 3. Date of Report<br><br>07/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br>Alexandria, VA 22314 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Miller & Chevalier Retirement Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 07/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia Law Foundation (VA Trial Advocacy College) | January 2 - 5, 2015 | Charlottesville, VA | Annual National Trial Advocacy College | Lodging, meals & mileage |
| 2. | Korean Patent Court | October 10 - 17, 2015 | Korea | 2015 International IP Conference | Travel, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 07/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Duke University School of Law - Master of Judicial Studies Program | Tution, Room & Board | $20,195.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brokerage Account #2 (IRA) | | | | | | | | | |
| 2. | -Vanguard Prime Money Market Fund (VMMXX) | A | Interest | J | T | | | | | |
| 3. | -GOODO preferred stock | B | Dividend | K | T | | | | | |
| 4. | -Constltn Brds taxable bond | B | Interest | K | T | | | | | |
| 5. | -Nabisco Inc taxable bond | B | Interest | | | Redeemed | 06/15/15 | K | | |
| 6. | -SLM Corp Var taxable bond | | None | | | Redeemed | 03/16/15 | K | | |
| 7. | -Amer Express | B | Interest | K | T | | | | | |
| 8. | -Altria Group | B | Interest | K | T | | | | | |
| 9. | -Yum Brands | A | Interest | J | T | | | | | |
| 10. | -Waste Mgmt | A | Interest | | | Redeemed | 01/20/15 | K | A | |
| 11. | -Telephonica ) (Taxable Bond) | A | Interest | | | Redeemed | 01/15/15 | K | | |
| 12. | -Dow Chemical (Taxable Bond) | A | Interest | J | T | | | | | |
| 13. | General Money Market Deposit from a Qualified Plan | A | Interest | M | T | | | | | |
| 14. | -Altria (Taxable Bond) | A | Interest | | | Redeemed | 06/11/15 | K | | |
| 15. | -Toyota (Taxable Bond) | A | Interest | | | Redeemed | 06/17/15 | K | | |
| 16. | -GTE Corp (Taxable Bond) | A | Interest | K | T | | | | | |
| 17. | -Pitney Bowes (Taxable Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pepsico (PEP) | A | Dividend | K | T | | | | | |
| 19. -HSBC Taxable Bond ▓▓▓ | B | Interest | K | T | | | | | |
| 20. -McDonalds Corp. (MCD) | A | Dividend | | | Sold | 05/28/15 | K | | |
| 21. -VODA Phone Goup PLC (VOD) | A | Dividend | K | T | | | | | |
| 22. -Vanguard MSCI Emerging Markets ETF (VWO) | A | Dividend | | | Sold | 02/19/15 | J | A | |
| 23. -Global Bond Income ▓▓▓ | B | Dividend | K | T | | | | | |
| 24. -ESRX | | None | K | T | Sold (part) | 07/15/15 | K | D | |
| 25. -MET | B | Dividend | K | T | | | | | |
| 26. -WMT | A | Dividend | | | Sold | 11/15/15 | K | D | |
| 27. -CAH | A | Dividend | | | Sold | 01/06/15 | K | D | |
| 28. -CVX | B | Dividend | K | T | | | | | |
| 29. -WFC | B | Dividend | L | T | | | | | |
| 30. -GIM | B | Dividend | K | T | | | | | |
| 31. -GE | B | Dividend | K | T | | | | | |
| 32. -CSCO | A | Dividend | | | Sold (part) | 08/12/15 | K | D | |
| 33. -AAPL | A | Dividend | L | T | | | | | |
| 34. -WFC'J | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -BKLN | A | Interest | J | T | | | | | |
| 36. -T | B | Interest | L | T | | | | | |
| 37. -TWX | A | Dividend | | | | | | | |
| 38. - KO | A | Dividend | | | Sold | 09/08/15 | K | | |
| 39. -DFS | A | Dividend | L | T | | | | | |
| 40. | | | | | | | | | |
| 41. -IP | B | Dividend | K | T | Sold (part) | 08/21/15 | K | | |
| 42. -Royal Bank Canada Note A | A | Interest | K | T | | | | | |
| 43. -BAX | A | Dividend | | | Sold | 03/11/15 | K | | |
| 44. -VIAB | A | Dividend | | | Sold | 02/02/15 | L | | |
| 45. -JCI | B | Dividend | L | T | Sold (part) | 08/24/15 | K | | |
| 46. -EOG | A | Dividend | | | Sold | 08/05/15 | K | | |
| 47. -America Towers Note AB6 | A | Interest | K | T | | | | | |
| 48. -Bed, Bath & Beyond Note AA8 | A | Interest | K | T | | | | | |
| 49. -Cardinal Health Note ATS | B | Interest | K | T | | | | | |
| 50. -Metlife Note BF4 | A | Interest | K | T | | | | | |
| 51. -ORCL | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -TROW | B | Dividend | L | T | Sold (part) | 08/25/15 | K | | |
| 53. -PNCP | B | Dividend | K | T | | | | | |
| 54. -NLSN | A | Dividend | K | T | | | | | |
| 55. -FLR | A | Dividend | K | T | | | | | |
| 56. -SPDREURO STOXX SO ETF | | | | | Buy | 02/25/15 | L | | |
| 57. | | | | | Sold | 08/21/15 | K | | |
| 58. -ABBVIE, Inc. | | | | | Buy | 03/11/15 | L | | |
| 59. -AFLAC, Inc. Note | A | Interest | K | T | Buy | 04/02/15 | K | | |
| 60. -American Express | | | | | Buy | 04/02/15 | K | | |
| 61. -DIS | A | Interest | K | T | Buy | 08/25/15 | K | | |
| 62. -EMC | A | Interest | K | T | Buy | 08/13/15 | K | | |
| 63. -XOM | A | Interest | K | T | Buy | 06/03/15 | K | | |
| 64. -FDX | A | Interest | L | T | Buy | 07/24/15 | K | | |
| 65. -HBI | A | Interest | K | T | Buy | 09/24/15 | K | | |
| 66. -HOG | B | Interest | L | T | Buy | 06/30/15 | K | | |
| 67. | | | | | Buy | 10/22/15 | K | | |
| 68. -PG | B | Interest | K | T | Buy | 09/04/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -FEZ | B | Dividend | K | T | Buy | 02/25/15 | K | | |
| 70. | | | | | Sold (part) | 08/21/15 | K | | |
| 71. -Zimmer Hlogs Note (-E2) | A | Interest | K | T | Buy | 04/02/15 | K | | |
| 72. -Macy's Retail HLDGS Note (-HO) | A | Interest | K | T | Buy | 08/20/15 | K | | |
| 73. -Verizon Comm Note (-R4) | B | Interest | K | T | Buy | 04/02/15 | K | | |
| 74. - Cigna Corp Note (-U2) | A | Interest | K | T | Buy | 04/02/15 | K | | |
| 75. -GIM | B | Dividend | K | T | | | | | |
| 76. -BP Cap Markets Note ▇) | A | Interest | K | T | Buy | 04/02/15 | K | | |
| 77. -FLR | B | Dividend | L | T | Buy | 08/05/15 | K | | |
| 78. Brokerage Account #3 (IRA) ▇ | | | | | | | | | |
| 79. -Money Market (Robert W. Baird & Co.) | A | Interest | J | T | | | | | |
| 80. -WSHCX mutual fund | A | Dividend | J | T | | | | | |
| 81. -First Eagle Global C FESGX | A | Dividend | J | T | | | | | |
| 82. -Pimco Total Return C PTTCX | A | Dividend | J | T | | | | | |
| 83. -GFACX | | None | J | T | | | | | |
| 84. -JSTCX | A | Interest | J | T | Buy | 12/31/15 | J | | |
| 85. Brokerage Account #4 ▇ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -MET | A | Dividend | K | T | | | | | |
| 87. -ESRX | | None | K | T | | | | | |
| 88. -WMT | A | Dividend | | | Sold | 01/15/15 | K | C | |
| 89. -CAH | A | Dividend | | | Sold | 03/11/15 | K | D | |
| 90. -MCD | A | Dividend | | | Sold | 05/28/15 | K | A | |
| 91. -CVX | A | Dividend | | | Sold | 12/04/15 | J | | |
| 92. -WFC | A | Dividend | K | T | | | | | |
| 93. -CSCO | A | Dividend | K | T | Sold (part) | 08/12/15 | J | D | |
| 94. -AAPL | A | Dividend | K | T | | | | | |
| 95. -Money Market (Robert W. Baird & Company) | A | Interest | J | T | | | | | |
| 96. -AT&T (T) | C | Dividend | J | T | | | | | |
| 97. -64966G4A7 (NYC NY Tax Exempt Bond) | B | Interest | K | T | | | | | |
| 98. -BRK/B common stock | | None | K | T | | | | | |
| 99. -GE common stock | B | Dividend | L | T | Buy | 09/03/15 | K | | |
| 100. -JNJ common stock | B | Dividend | L | T | | | | | |
| 101. -First Eagle Global Fund A, ▮▮▮▮ SGENX | A | Dividend | K | T | | | | | |
| 102. -Fairfax, VA (Non-Taxable Bond) ▮▮▮▮ | A | Interest | | | Redeemed | 09/01/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Fairfax, VA (Tax Exempt Bond) A-CP-2, formerly ▓▓▓ | A | Interest | | | Redeemed | 07/15/15 | K | | |
| 104. -Fairfax, VA (Tax Exempt Bond), A-CP-5, formerly ▓▓▓ | A | Interest | | | Redeemed | 10/01/15 | K | | |
| 105. -BAC CPI (Taxable) ▓▓▓ | A | Interest | K | T | | | | | |
| 106. -Fairfax, VA (Tax Exempt Bond) ▓▓▓ | A | Interest | | | Redeemed | 10/01/15 | K | | |
| 107. -Danville, VA (Tax Exempt Bond) ▓▓▓ | A | Interest | | | Sold | 09/01/15 | K | | |
| 108. -Fairfax, VA (Tax Exempt Bond) (3▓▓▓ | A | Interest | K | T | | | | | |
| 109. -NUV (Nuveen Municipal Value Fund) | A | Dividend | K | T | | | | | |
| 110. -Exxon (XOM) | B | Dividend | K | T | Buy | 12/04/15 | J | | |
| 111. -Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 112. -VA. ST. CLLG (Tax Exempt) ▓▓▓ | A | Interest | K | T | | | | | |
| 113. -BAX | A | Dividend | | | Sold | 03/11/15 | J | | |
| 114. -KO | A | Dividend | | | Sold | 09/08/15 | K | | |
| 115. -DFS | A | Dividend | K | T | | | | | |
| 116. -TWC | A | Dividend | K | T | | | | | |
| 117. - St. Petersburg, FL (Tax Exempt Bond) ▓▓▓ | B | Interest | K | T | | | | | |
| 118. -Eaton Corp. | A | Dividend | | | Buy | 04/30/15 | K | | |
| 119. | | | | | Sold | 11/13/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -PG | B | Dividend | K | T | Buy | 09/04/15 | K | | |
| 121. Brokerage Account #6 | | | | | | | | | |
| 122. -Morgan Stanley US Gov't Sec TR B Mutual Fund (USGBX) | A | Dividend | J | T | | | | | |
| 123. Janus7 Fund (JANSX) | A | Dividend | J | T | | | | | |
| 124. IBM common stock | A | Dividend | K | T | | | | | |
| 125. Dominion Resources Inc. common stock | B | Dividend | K | T | | | | | |
| 126. Navy Federal Credit Union (IRA #1) (CD) | A | Interest | J | T | | | | | |
| 127. Navy Federal Credit Union (IRA #2) (CD) | A | Interest | J | T | | | | | |
| 128. Navy Federal Credit Union (IRA #3) (CD) | A | Interest | J | T | | | | | |
| 129. Navy Federal Credit Union CD | B | Interest | M | T | | | | | |
| 130. Navy Federal Credit Union Accounts | B | Interest | K | T | | | | | |
| 131. Burke and Herbert Bank Account | A | Interest | J | T | | | | | |
| 132. Capitol One Bank Accounts, formerly Wachovia Bank Accounts | B | Interest | K | T | | | | | |
| 133. Northwestern Mutual Joint Complife Insurance Policy | E | Dividend | O | T | | | | | |
| 134. SFT Holdings LLC Stock | | None | J | U | | | | | |
| 135. USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 136. Robert W. Baird & Co. checking and cash management accounts | B | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DRYFUSS money market accounts GGM ▒ & GMA ▒ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 07/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Line 137 Bank Ameri Copp Note (WBT6) in 2014 Report duplicated Line 117 BAC CPI (Tax Exempt Bond) and has been removed.  Line 117 BAC CPI (Tax Exempt Bond) was mistakingly described and listed as a Tax Exempt Bond.  Line 117 in 2014 report is now Line 103 in 2015 Report.

(2) Line 35 BKLN was incorrectly cited in 2014 Report as BKLM (Line 50 in 2014 Report).

(3) Line 79 WSHCX mutual fund:  Incorectedly listed as sold; rather than partially sold in 2014 (Line 86 in 2014 Report).

(4) Line 80 First Eagle Global C FESGX:  Incorrectly listed as sold; rather than partially sold in 2014 (Line 87 in 2014 Report).

(5) Line 81 Pimco Total Return C PTTCX:  Incorreclty listed as sold; rather than partially sold in 2014 (Line 88 in 2014 Report).

(6) Line 114 Time Warner (TWC) was incorrectly cited in 2014 Report as TWS (Line 133 in 2014 Report).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anthony J. Trenga**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544